IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ESAA S. WRIGHT,

    Plaintiff,

v.

S. PETERSON; Officer TAYLOR;
Officer PAYNE; and EDWINA
JOHNSON,

    Defendants.

CIVIL ACTION NO.: CV514-082

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Plaintiff filed Objections. In his Objections, Plaintiff asserts that a risk of future injury is enough to invoke the imminent danger exception to the three strikes provision, 28 U.S.C. § 1915(g). In his Complaint, as amended, Plaintiff sets forth contentions stemming from events which allegedly occurred in October 2012. Plaintiff's contentions in no way reveal that he was in imminent danger at the time he filed his Complaint on October 16, 2014, which is the operative time for purposes of § 1915(g). Medberry v. Butler, 185 F.3d 1189, 1193 (11th Cir. 1999) (noting that, to fall under the imminent danger of serious physical injury exception, the inmate must be in imminent danger at the time he files his complaint in district court).

Plaintiff's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint, as amended, is **DISMISSED**, without prejudice. If Plaintiff wishes to proceed with this action, he may submit another complaint along with the full filing fee. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___ day of _February_____, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA