# United States District Court
## Southern District of Georgia

ESAA S. WRIGHT

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV514-82

S. PETERSON; Officer TAYLOR;
Officer PAYNE; and EDWINA
JOHNSON

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 2nd day of February 2015, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered dismissing without prejudice, the Plaintiff's complaint.

Approved by: _____

Date: February 3, 2015

Scott L. Poff
Clerk

s/Candy Asbell
(By) Deputy Clerk